UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:

        SHAHARA KHAN,

                      Debtor.

Chapter 7
Case No.: 10-46901-ess

------------------------------------------------------------------x
DEBRA KRAMER AS TRUSTEE OF THE ESTATE
OF SHAHARA KHAN,

                      Plaintiff,

    -against-

TOZAMMEL H. MAHIA,

                      Defendant.

Adv. Pro. No.: 11-1520-ess

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               ) ss:
COUNTY OF SUFFOLK    )

      Everlyn Meade, being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides at Central Islip, New York;

      That on the 7th day of December, 2011 deponent served a **SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING and COMPLAINT,** on the referenced person(s) listed below, by depositing a copy of same in a post-paid wrapper, each addressed as shown below, in a post-office official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

Tozammel H. Mahia
101-14 102nd Street
Ozone Park, New York 11416-2620

United States Trustee
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201

                                                                                S/Everlyn Meade
                                                                                Everlyn Meade

Sworn to before me this
7th day of December, 2011

s/ Avrum J. Rosen
AVRUM J. ROSEN
Notary Public, State of New York
No. 02RO4872542
Qual. in Suffolk County
Comm. Exp. Sept. 8, 2014