UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In re:

Shahara Khan,                                                         Chapter 7
                                                                              Case No. 10-46901-ess

                              Debtor.
-----------------------------------------------------X
Debra Kramer as Trustee of the Estate of
Shahara Khan,

                             Plaintiff,

-against-

Tozammel H. Mahia,

                                                             Adv. Pro. No. 11-1520-ess
                            Defendant.
-----------------------------------------------------X

## STIPULATION AND ORDER EXTENDING TIME TO
## **ANSWER, MOVE OR OTHERWISE RESPOND**

       IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time period within which Debra Kramer, as Trustee of the Estate of Shahara Khan, may answer, move or otherwise respond to the counterclaims asserted in the Defendant's Answer, Affirmative Defenses with Counterclaims to Plaintiff's Complaint for the Purpose of Article III Adjudication and Jury Trial Herein, dated January 31, 2012, is enlarged up to and including March 28, 2012, without prejudice to the right of Debra Kramer, as Trustee of the Estate of Shahara Khan to seek any further extension or

extensions of such time.

Dated:  Great Neck, New York
        February 21, 2012


/s/ Debra Kramer, Trustee
Debra Kramer, as Trustee
Chapter 7 Trustee of the
Estate of Shahara Khan
98 Cutter Mill Road – Suite 466 South
Great Neck, New York 11021
Telephone: (516) 482-6300


Dated: New York, New York
       February ____, 2012


Dahiya Law Offices, LLC


   /s/ Karamvir Dahiya
By: Karamvir Dahiya, Esq.
    Attorney for Defendant Tozammel H. Mahia
    350 Broadway – Suite 412
    New York, New York 10013
    Telephone:  (212) 766-8000


 "SO ORDERED"



Dated: Brooklyn, New York              Elizabeth S. Stong
       February 23, 2012               United States Bankruptcy Judge