UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:

Shahara Khan,                                          Chapter 7
                                                       Case No. 10-46901-ess
                        Debtor.
------------------------------------------------------X
Debra Kramer as Trustee of the Estate of
Shahara Khan,

                        Plaintiff,
-against-

Tozammel H. Mahia,

                                                       Adv. Pro. No. 11-1520-ess
                        Defendant.
------------------------------------------------------X

## STIPULATION AND ORDER FURTHER EXTENDING TIME TO
## ANSWER, MOVE OR OTHERWISE RESPOND

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time period within which Debra Kramer, as Trustee of the Estate of Shahara Khan, may answer, move or otherwise respond to the counterclaims asserted in the Defendant's Answer, Affirmative Defenses with Counterclaims to Plaintiff's Complaint for the Purpose of Article III Adjudication and Jury Trial Herein, dated January 31, 2012, is enlarged from March 28, 2012 up to and including May 4, 2012 , without prejudice to the right of Debra Kramer, as Trustee of the Estate of Shahara Khan to seek a further

extension or extensions of such time.

Dated:  Great Neck, New York
         March 20, 2012

/s/ Debra Kramer, Trustee_____
Debra Kramer, as Trustee
Chapter 7 Trustee of the
Estate of Shahara Khan
98 Cutter Mill Road – Suite 466 South
Great Neck, New York 11021
Telephone: (516) 482-6300

Dated: New York, New York
        March _____, 2012

Dahiya Law Offices, LLC

   /s/ Karamvir Dahiya_____
By: Karamvir Dahiya, Esq.
    Attorney for Defendant Tozammel H. Mahia
    350 Broadway – Suite 412
    New York, New York 10013
    Telephone:  (212) 766-8000

 "SO ORDERED"



Dated: Brooklyn, New York                                 _____
       March 21, 2012                                     Elizabeth S. Stong
                                                          United States Bankruptcy Judge