Tozammel H. Miah
101-14 102nd Street, Apt. 1
Ozone Park, NY 11416

April 12, 2012

United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, New York 11201

Re: DEBRA KRAMER AS TRUSTEE FOR THE ESTATE OF SHAHARA KHAN
v. TOZAMMEL H. MAHIA
Adversary Proceeding No.: 1-11-01520-ess

Dear Clerk:

I am the defendant in the above referenced Adversary Proceeding and am writing to inform you that I have terminated the services of my prior attorney, Karamvir Dahiya, Esq. of Dahiya Law Offices LLC, 350 Broadway, Suite 412, New York, NY 10013, (212) 766-8000.

I have retained Christine Rubinstein, Esq., of Castiglia-Rubinstein & Associates, 445 Broadhollow Road, Suite CL10, Melville, New York 11747, (631) 465-0444, as my new legal counsel in this matter.

A consent to change attorney form has been sent to my prior attorney and will be filed with the court upon its return.

Thank you.

Sincerely,

*[signature]*
Tozammel H. Miah

cc: The Law Offices of Avrum J. Rosen, PLLC
38 New Street
Huntington, NY 11743

SARAH KHAN
Notary Public, State of New York
No. 01KH6039547
Qualified in Queens County
Commission Expires April 3, 2014

*[handwritten:]* Signed before me 12, April 2012
MY8AR 4/13
202690998

Tozammel H. Miah
101-14 102nd Street, Apt. 1
Ozone Park, NY 11416

April 12, 2012

United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, New York 11201

Re: DEBRA KRAMER AS TRUSTEE FOR THE ESTATE OF SHAHARA KHAN
v. TOZAMMEL H. MAHIA
Adversary Proceeding No.: 1-11-01520-ess

Dear Clerk:

I am the defendant in the above referenced Adversary Proceeding and am writing to inform you that I have terminated the services of my prior attorney, Karamvir Dahiya, Esq. of Dahiya Law Offices LLC, 350 Broadway, Suite 412, New York, NY 10013, (212) 766-8000.

I have retained Christine Rubinstein, Esq., of Castiglia-Rubinstein & Associates, 445 Broadhollow Road, Suite CL10, Melville, New York 11747, (631) 465-0444, as my new legal counsel in this matter.

A consent to change attorney form has been sent to my prior attorney and will be filed with the court upon its return.

Thank you.

Sincerely,

*[signature]*
Tozammel H. Miah

cc: The Law Offices of Avrum J. Rosen, PLLC
38 New Street
Huntington, NY 11743

SARAH KHAN
Notary Public, State of New York
No. 01KH6039547
Qualified in Queens County
Commission Expires April 3, 2014

*[handwritten:]* Signed before me
12, April 2012
NYSOR 4/13
202690998