

Law Office of Castiglia-Rubinstein and Associates
445 Broadhollow Road, CL 10
Melville, New York 11747
www.bestnyattorney.com
Phone: (631) 414-7516
Fax: (877) 884-5574

April 23, 2012

United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, New York 11201

Re: DEBRA KRAMER AS TRUSTEE FOR THE ESTATE OF SHAHARA KHAN
v. TOZAMMEL H. MAHIA
Adversary Proceeding No.: 1-11-01520-ess

Dear Clerk:

Please be advised that the undersigned firm is proposed counsel for defendant Tozammel Miah in the above referenced Adversary Proceeding.

As no answer has been filed to the counterclaim in the proceeding, we hereby withdraw the counterclaim on behalf of the named defendant.

Thank you.

Respectfully,

Christine Rubinstein, Esq.


cc:  Via Email to ajrlaw@aol.com and fkantrow@avrumrosenlaw.com
The Law Offices of Avrum J. Rosen, PLLC
Attorneys for Plaintiff, Debra Kramer, Trustee
38 New Street
Huntington, New York 11743