UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:                                                                    Chapter 7

SHAHARA KHAN                                                   Case No.: 10-46901-ess

                Debtor.

-----------------------------------------------------------------x

DEBRA KRAMER as Trustee of the Estate
Of Shahara Khan,

                Plaintiff,

-against-                                                                 Adv. Pro. No. 11-1520-ess

TOZAMMEL H. MAHIA,

                Defendant

-----------------------------------------------------------------x

## STIPULATION DISCHARGING COUNSEL

It is hereby stipulated and agreed that Wayne Greenwald, Carlos Curevas and Cuevas & Greenwald, P.C., be and hereby are discharged as attorneys for the respondents, Karamvir Dahiya and the Dahiya Law Offices, LLC, in the referenced cases.

Dated: New York, NY
       October 17, 2012

                                          Karamvir Dahiya

                                          By: _____
                                                Karamvir Dahiya

Dahiya Law Offices, LLC

By: _____
Karamvir Dahiya


Cuevas & Greenwald, P.C.

By: _____
Wayne M. Greenwald


Wayne M. Greenwald

By: _____
Wayne M. Greenwald

Carlos J. Cuevas


Cuevas & Greenwald, P.C.

By: _____
Carlos J. Cuevas


Dated: Brooklyn, NY
October ___, 2012


_____
United States Bankruptcy Judge