**Dahiya Law Offices LLC**
350 Broadway Suite 412
New York New York 10013
Tel: 212 766 8000
Fax: 212 766 8001

Hon. Elizabeth Stong                                                November 29, 2012
U.S. Bankruptcy Court
Eastern District of N.Y.
Conrad B. Duberstein U.S. Courthouse
271 Cadman Plaza East
Brooklyn, NY 11201-1800

        In re:   Kramer as Trustee of the Estate of Shahara Khan v. Mahia,
           et al **Case Number:** 1-11-01520-ess
        Sub:   28 U.S.C. 1927 and Inherent Power Issue

Dear Judge Stong:

      I am writing to inform the Court that I will be present in the court proceeding tomorrow, but I will not be able to participate because I have not be able to secure representation of counsel. I do have counsel solely for purposes of the motion to withdraw reference and have this matter decided by an Article III tribunal as I have invoked the right to be heard by such a court and further objected to the jurisdiction of bankruptcy court. My lawyer has moved this Court for a stay of proceedings to allow objections to this Court's jurisdiction to be heard and resolved. Your Honor has denied that motion. I urge to adjourn this proceeding at least I am able to secure counsel. If the Court decline, I will be present tomorrow but will be without representation and cannot defend myself in this proceeding.

      I await the Court's advice.

      Sincerely,                             /s/ Karamvir Dahiya
                                     BY:_____
                                       Karamvir Dahiya, Esq.