**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
IN RE:

       **SHAHARA KHAN,**

               Debtor.
-----------------------------------------------------------X
**DEBRA KRAMER**
**AS TRUSTEE**
**OF ESTATE OF SHAHARA KHAN,**

               Plaintiff.

--against—

**TOZAMMEL H MAHIA,**

               Defendant.
------------------------------------------------------X

**CASE NO. 10-46901**

**ADVERSARY NO.**
**11-01520**

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE

PLEASE TAKE NOTICE that Karamvir Dahiya of Dahiya Law Offices LLC, appears herein by as a counsel, for Tozammel H. Mahia and demands, pursuant to Rules 2002, 9007 and 9010 of the Bankruptcy Rules and §§ 102(1), 342 and 1109 of title 11 of the United States Code (The "Bankruptcy Code"), as may be applicable, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office address and telephone number:

    Dahiya Law Offices LLC
    350 Broadway Suite 412
    New York New York 10013
    Tel: (212) 766-8000
    Fax: (212) 766-8001

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, email, delivery, telephone, telegraph, telex or otherwise; (1) which affect or seek to affect in any way rights or interest of Tozammel H. Mahia with respect to any of the claims related to the case

Please take further notice that neither this notice of appearance and demand for service nor any subsequent appearance, pleading, or other writing or conduct shall constitute a waiver of any of Tozammel H. Mahia, (a) right to be heard before an Article III court; (b) right to have any and all final orders in any and all core or noncore or core matters entered only after de novo review by a United Stated District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference in this matter withdrawn by the United Stated District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, defenses setoffs, or other matters. All of such rights hereby are reserved and preserved by Tozammel H. Mahia, without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this case.

Date: December 5, 2012

Dahiya Law Offices LLC

By /s/ Karamvir Dahiya, Esq. (KD-9738)
350 Broadway Suite 412
New York New York 10013
Tel: (212) 766-8000
Fax: (212) 766-8001

Notice to:

Debra Kramer
Attorney at Law
Panel Trustee
98 Cuttermill Road, Suite 466 South
Great Neck, NY 11021
Phone: (516) 482-6300
Fax: (516) 482-6317

The Law Offices of Avrum J. Rosen, PLLC
38 New Street
Huntington, New York 11743
Phone: 631-423-8527
Fax:    631-423-4536

Christine T. Castiglia-Rubinstein
445 Broadhollow Rd. CL 10
Melville, NY 11747