UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X Case No. 10-46901
IN RE:

       SHAHARA KHAN,

                        Debtor

-------------------------------------------------------------X Adversary No. 11-01520

DEBRA KRAMER, as Trustee of Estate
Of SHAHARA KHAN,

                        Plaintiff,

--against—

TOZAMMEL H. MAHIA

                        Defendant.
-------------------------------------------------------------X

## **DISCAHRGE OF ATTORNEY**

I, the undersigned, Tozammel H. Mahia hereby discharge my present counsel, Christine T Castiglia-Rubinstein, with immediate effect. I am retaining Dahiya Law Offices LLC to appear and represent me.

Dated: December 3, 2012
New York New York

                                                  TOZAMMEL H. MAHIA

Christine T Castiglia-Rubinstein, Esq.
445 Broadhollow Road
CL 10
Melville NY 11747


Dear Ms. Castiglia-Rubinstein:

      In the case of the trustee against my mother and myself, I am discharging you from my case with immediate effect please forward my file to my new lawyer.


Karamvir Dahiya, Esq.
350 Broadway Suite 412
New York New York 10013
Tel: 212 766 8000


    Thank you for your services.

_____
                              Tozammel Mahia