**Dahiya Law Offices LLC**
350Broadway Suite 412
New York New York 10013

Tel: 212 766 8000
Fax: 212 766 8001

December 5th, 2012

Christine T Castiglia-Rubinstein
Castiqulia-Rubinstein Law
445 Broadhollow Rd. CL-10
Melville, NY 11747
Via email and ECF
gortiz@estateacts.com

      Re: Kramer as Trustee of the Estate of
         Shahara Khan v. Mahia et al  Case No. 11-01520

Dear Ms. Castiglia-Rubinstein:

  I represent Mr.Tozammel Mahia in the aforesaid proceeding. It has been brought to my attention that you told Mr. Mahia, that you had a talk with the trustee and that he must settle this lawsuit failing which trustee would refer this to the District Attorney office for criminal investigation. **I need a prompt response as to who had advised you to speak this way to Mr. Mahia**. Further, you are advised to not to threaten or communicate messages of threats to Mr. Mahia or his family-- you have no clue as to the anguish that you have caused to Mr. Mahia and his family by threatening criminal investigation for not settling this case.

  Further, please provide full accounting of the work that has been done by your office regarding this case and also of your experience in handling bankruptcy matters as you had stated to Mr. Mahia that you are an expert in bankruptcy law—your website reflects expertise in several fields of law. We note that not even a single appearance was made by your office in the court in Mr. Mahia case. Further, you are advised to not to communicate with client or his family directly or indirectly regarding any matter as long as this case is pending—any communication if desired must be carried out through my office. I enclose herewith a letter discharging you from the case. Thank you for your consideration.

      Yours sincerely:

           _Karamvir Dahiya, Esq._
           for Tozammel Mahia

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X Case No. 10-46901
IN RE:

       SHAHARA KHAN,

                        Debtor

-----------------------------------------------------------X Adversary No. 11-01520

DEBRA KRAMER, as Trustee of Estate
Of SHAHARA KHAN,

                        Plaintiff,

--against—


TOZAMMEL H. MAHIA

                        Defendant.
-----------------------------------------------------------X

## **DISCAHRGE OF ATTORNEY**

I, the undersigned, Tozammel H. Mahia hereby discharge my present counsel, Christine T Castiglia-Rubinstein, with immediate effect. I am retaining Dahiya Law Offices LLC to appear and represent me.


Dated: December 3, 2012
New York New York

                                        /s/ Tozammel H. Mahia
                                      TOZAMMEL H. MAHIA

Christine T Castiglia-Rubinstein, Esq.
445 Broadhollow Road
CL 10
Melville NY 11747


Dear Ms. Castiglia-Rubinstein:

     In the case of the trustee against my mother and myself, I am discharging you from my case with immediate effect please forward my file to my new lawyer.


Karamvir Dahiya, Esq.
350 Broadway Suite 412
New York New York 10013
Tel: 212 766 8000


    Thank you for your services.

_____  Tozammel Mahia